**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Davie, Debra | |
| Davie, Joseph | |
|   Debtors | : 23-10103 |

## ORDER

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of the foregoing Motion to Extend the Stay beyond the initial 30 day period under 11 U.S.C. Section 362 (c)(3)(b), filed by the Debtors' attorney IT IS HEREBY ORDERED and DECREED the the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors who were served with the Motion or Notice of the Motion for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay.

It is ordered that copies of this order be served by mail upon John L. McClain, attorney for the debtors, the chapter 13 trustee.

BY THE COURT

_____
JUDGE                    Date: February 8, 2023

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Davie, Debra
Davie, Joseph
220 Willow Rd
Wallingford, PA 19086