**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13
    Davie, Debra
    Davie, Joseph
    Debtors                                              : 23-10103

**Debtors' Statement Regarding**
**Payment Advices Required by 11 U.S.C. § 521(A)(1)(B)(IV)**

I, Debra Davie, state as follows:

I have not filed with the Court or submitted to the Trustee copies of all payment advices or other evidence of payment received from an employer within sixty (60) days before the date of the filing of petition because I was not employed during the sixty (60) days before the date of the filing of petition.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct.

If this Statement is being signed by counsel for Debtor's counsel certifies that debtor was duly questioned about this statement in this Certification and supplied answers consistent with this Statement.

Date:  February 11, 2023.

"/s/" Davie, Debra
Debtor


"/s/" Mitchell J. Prince, Esquire
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123
484-588-5570
1-888-857-1967 (fax)
    Attorneys for Debtors