```
   33.50              30.00    1005.00                                                        10-10-22 to
                                                                                              10-16-22


                                                                                                  1005.00

FWH        55.02 MED          14.57 SOC         62.31 DESWH       41.41 WILM       12.56
Direct     819.13
                                                                                                   185.87

JOSEPH DAVIE                        GROSS    1005.00 FICA        76.88 SDI         .00
                       50-201       FWH        55.02 SWH         41.41 VACBAL      .00               .00


   32.50              30.00     975.00                                                        10-17-22 to
                                                                                              10-23-22


                                                                                                   975.00

FWH        51.42 MED          14.14 SOC         60.45 DESWH       39.74 WILM        2.06
Direct    795.19 MVR          12.00
                                                                                                   179.81

JOSEPH DAVIE                        GROSS    1980.00 FICA       151.47 SDI         .00
                       50-201       FWH       106.44 SWH         81.15 VACBAL      .00               .00
```

JOSEPH DAVIE

```
   30.00              30.00     900.00                                                        10-24-22 to
                                                                                              10-30-22


                                                                                                   900.00

FWH        42.42 MED          13.05 SOC         55.80 DESWH       35.58 WILM       11.25
Direct    741.90
```

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

TRUIST FINANCIAL
60-912/313

**016387**

16387

NON-NEGOTIABLE

PAY TO THE ORDER OF

JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086

| DATE | AMOUNT |
|---|---|
| 12/30/22 | NON-NEGOTIABLE |

DIRECT DEPOSIT DISTRIBUTION

| Bank Account No | Type | Amount |
|---|---|---|
|  | Checking | $692.95 |

---

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

TRUIST FINANCIAL
60-912/313

**016398**

16398

NON-NEGOTIABLE

PAY TO THE ORDER OF

JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086

| DATE | AMOUNT |
|---|---|
| 01/06/23 | NON-NEGOTIABLE |

DIRECT DEPOSIT DISTRIBUTION

| Bank Account No | Type | Amount |
|---|---|---|
|  | Checking | $403.89 |

---

**TRUIST FINANCIAL**
60-912/313

**016350**

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

16350

NON-NEGOTIABLE

| DATE | AMOUNT |
|---|---|
| 12/16/22 | NON-NEGOTIABLE |

DIRECT DEPOSIT DISTRIBUTION

| Bank Account No | Type | Amount |
|---|---|---|
| | Checking | $838.39 |

PAY TO THE ORDER OF

JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086

---

**TRUIST FINANCIAL**
60-912/313

**016362**

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

16362

NON-NEGOTIABLE

| DATE | AMOUNT |
|---|---|
| 12/16/22 | NON-NEGOTIABLE |

DIRECT DEPOSIT DISTRIBUTION

| Bank Account No | Type | Amount |
|---|---|---|
| | Checking | $220.54 |

PAY TO THE ORDER OF

JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086

---

**TRUIST FINANCIAL**
60-912/313

**016373**

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

16373

NON-NEGOTIABLE

| DATE | AMOUNT |
|---|---|
| 12/23/22 | NON-NEGOTIABLE |

DIRECT DEPOSIT DISTRIBUTION

| Bank Account No | Type | Amount |
|---|---|---|
| | Checking | $650.71 |

PAY TO THE ORDER OF

JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086



TRUIST FINANCIAL
60-912/313
016310

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

16310

NON-NEGOTIABLE

DATE                AMOUNT
11/25/22            NON-NEGOTIABLE

DIRECT DEPOSIT DISTRIBUTION
Bank Account No    Type         Amount
                   Checking     $392.01

PAY TO THE ORDER OF
JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086

---



TRUIST FINANCIAL
60-912/313
016323

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

16323

NON-NEGOTIABLE

DATE                AMOUNT
12/02/22            NON-NEGOTIABLE

DIRECT DEPOSIT DISTRIBUTION
Bank Account No    Type         Amount
                   Checking     $597.92

PAY TO THE ORDER OF
JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086

---



TRUIST FINANCIAL
60-912/313
016334

**TOTAL SITE DEVELOPMEMNT, INC.**
810 DOWNINGTOWN PIKE
WEST CHESTER, PA 19380

16334

NON-NEGOTIABLE

DATE                AMOUNT
12/09/22            NON-NEGOTIABLE

DIRECT DEPOSIT DISTRIBUTION
Bank Account No    Type         Amount
                   Checking     $838.39

PAY TO THE ORDER OF
JOSEPH P. DAVIE
220 WILLOW ROAD
WALLINGFORD, PA 19086