**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Davie, Debra
    Davie, Joseph
    Debtors : 23-10103

**Joint Debtor's Statement Regarding Payment Advices Required**

**by 11 U.S.C. § 521(A)(1)(B)(IV)**

I, Joseph Davie, state as follows:

I have not filed with the Court or submitted to the Trustee copies of all payment advices or other evidence of payment received from an employer within sixty (60) days before the date of the filing of petition because:

I was employed during the sixty-day period before filing my petition but received payment advices only for the pay periods from November 25, 2022 (Date of Check) to January 6, 2023 (Date of Check), which have been filed with the Court.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct.

If this Statement is being signed by counsel for the Debtors, counsel certifies that debtors were duly questioned about this statement in this Certification and supplied answers consistent with this Statement.

Date: February 14, 2023.

"s/" Joseph Davie
Joint Debtor


"/s/"Mitchell J. Prince, Esquire
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorney for Debtors
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123
484-588-5570
1-888-857-1967 (fax)
    Attorneys for Debtors