**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Davie, Debra  Davie, Joseph  Debtors | : Chapter 13  : 23-10103  : Hearing Date, Time and Place: |

> Date: March 22, 2023
> Time: 11 am
> United States Bankruptcy Court
> 900 Market Street
> Philadelphia, PA 19107
> Court Room #4

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The above-named debtors filed an objection to the proof of claim No. 1 you, Bank of America filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminate.**  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan on March 22, 2023, at 11 am, in Courtroom #4, United State Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: February 16, 2023

    Attorney for Objector
    Mitchell J. Prince, Esquire
    John L. McClain, Esquire
    John L. McClain & Associates.
    PO Box 123
    Narberth, PA 19072-0123
    Telephone: 484-588-5570
    Fax No.:   1-888-857-1967