**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Davie, Debra
    Davie, Joseph
        Debtors
                :    23-10103

**CERTIFICATE OF SERVICE**

    I certify that copies of the Debtors' Objection to Proof of Claim No 1, proposed Order, and Notice of hearing, were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on <u>February 16, 2023.</u>

                        <u>"/s/"Mitchell J. Prince, Esquire</u>
                        John L. McClain, Esquire
                        Mitchell J. Prince, Esquire
                        Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033
ATTN: Letitia Parker

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606