| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Debra Davie |
| Debtor 2 (Spouse, if filing) | Joseph Davie |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 23-10103    AMC |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 2 2

**Date of payment change:**
Must be at least 21 days after date of this notice    03/20/2023

**New total payment:**
Principal, interest, and escrow, if any    $ 219.34

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ _____    **New escrow payment:** $ _____

---

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest Rate Change

**Current interest rate:** 9.1500 %    **New interest rate:** 9.6500 %

**Current principal and interest payment:** $ 210.86    **New principal and interest payment:** $ 219.34

---

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

---

| Debtor 1 | Debra Davie | | | Case number *(if known)* | 23-10103 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jodi Porter
Signature

Date  02/27/2023

Print:  Jodi Porter
        First Name    Middle Name    Last Name

Title  Bankruptcy Loan Analyst

Company  PNC Bank, N.A.

Address  PO Box 94982
         Number        Street
         Cleveland                    OH    44101
         City                         State   ZIP Code

Contact phone  855-245-3814

Email bankruptcy.administration.internal@pnc.com

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| IN RE: Debra Davie<br><br>       Joseph Davie | Case No. 23-10103<br>Judge     Ashely M. Chan<br>Chapter   13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

    I, the undersigned, hereby certify that, on 02/27/2023 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: JOHN L. MCCLAIN
Trustee: SCOTT F. WATERMAN
Office of the United States Trustee

    Further, I certify that, on 02/27/2023 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Debra Davie          220 Willow Rd
                     Wallingford, PA 19086

Joseph Davie         220 Willow Rd
                     Wallingford, PA 19086

                              By: /s/ Jodi Porter
                              Jodi Porter
                              PNC Bank, N.A.
                              PO Box 94982
                              Cleveland OH 44101
                              855-245-3814