**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Davie, Debra
    Davie, Joseph
        Debtors                              :         23-10103

## ORDER

AND NOW, this __23rd__ day of __March__, 2023, upon consideration of the Debtors' objection, notice and hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The objection is sustained.

2. The Claim No. 1 filed by Bank of America, N.A. is disallowed and stricken from the Debtors' Claims Register.

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033
ATTN: Letitia Parker

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100 Reading, PA 19606