United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 23-10103-amc

Debra Davie                                                    Chapter 13

Joseph Davie

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Debra Davie, Joseph Davie, 220 Willow Rd, Wallingford, PA 19086-6951 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14748370 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 00:05:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14755135 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 00:05:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

District/off: 0313-2                    User: admin                                Page 2 of 2
Date Rcvd: Mar 23, 2023                 Form ID: pdf900                      Total Noticed: 3

JOHN L. MCCLAIN
        on behalf of Joint Debtor Joseph Davie aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
        on behalf of Debtor Debra Davie aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

MICHAEL PATRICK FARRINGTON
        on behalf of Creditor PNC BANK  N.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
     **Davie, Debra**
     **Davie, Joseph**
          **Debtors**          :          **23-10103**

**ORDER**

AND NOW, this  23rd  day of  March , 2023, upon consideration of the Debtors'
objection, notice and hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

    1. The objection is sustained.

    2. The Claim No. 1 filed by Bank of America, N.A. is disallowed and stricken from
the Debtors' Claims Register.

_____
 ASHELY M. CHAN
United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033
ATTN: Letitia Parker

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100 Reading, PA 19606