**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |
|---|---|
| Davie, Debra | : Chapter 13 |
| Davie, Joseph | |
| Debtors | : 23-10103 |

## ORDER

**AND NOW,** this ____ day of _____ 2023, upon consideration of the application by Debtors, **Debra and Joseph** Davie it is hereby **ORDERED** as follows:

1. The Debtors' Motion to Sell her property located at 220 Willow Road, Wallingford, PA 19086, is hereby approved,

2. The Court finds the Buyers, Thomas and Brenna Weisenbach, to be a purchasers in good faith,

3. The Debtors are authorized and permitted to make the following distributions from proceeds generated at settlement:

(a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

(b) Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present municipal claims prorated at settlement;

(c) Any mortgage claim existing on the subject premises. With respect to the mortgage claims held by PNC Bank, N.A., said liens will be paid in full subject to a proper payoff quote at the time of closing and closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing;

(d) Valid judgment liens if any;

(e) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale;

(f) From the Debtors' share, $2,000.00 shall be made payable to Scott F. Waterman, Trustee, P.O. Box 680, Memphis, Tennessee 38101-0680, to fund their chapter 13 plan which will cover the remaining balance of counsel fees, 100% of any remaining valid unsecured proof of claims filed. $2,000.00 is an approximate figure needed to fund the plan. This amount is subject to change if the Trustee amends this amount prior to and/or at settlement; and

(g) The remaining proceeds left remaining shall be distributed to the debtors.

      5.  This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

      6.  The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

      7.  The Title Company shall send a copy of the final HUD-1 Settlement Statement to Scott Waterman Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606, within 2 Days after closing.

      **BY THE COURT**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**

John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtors
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Debra and Joseph Davie
220 Willow Rd
Wallingford, PA 19086

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606