**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**Davie, Debra**        **: Chapter 13**
**Davie, Joseph**
     **Debtors**        **: 23-10103**

**CERTIFICATE OF SERVICE**

I certify that on  April 28, 2023, I mailed by regular first class mail and or by electronic means, a copy of the Debtors' Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Expedited Notice of Hearing to Consider Application to the parties listed below.

Dated: April 29, 2023.

       "/s/" Mitchell J. Prince
       John L. McClain, Esquire
       Mitchell J. Prince, Esquire
       Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

Delaware County Tax Claim Bureau
c/o Stephen V. Bottiglieri, Esquire of  Toscani, Stathes & Zoeller, LLC Attorneys at Law
400 Berwyn Park
899 Cassatt Road, Suite 320
Berwyn, PA 19312

Township of Nether Providence
c/o JAMES RANDOLPH WOOD, Esquire of Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9300 and (484) 690-9301 fax

PNC BANK, N.A.
P.O. Box 94982
Cleveland, OH 44101

PNC BANK, N.A.
c/o ALYK L OFLAZIAN, Esq.,  MICHAEL PATRICK FARRINGTON, Esq. & TED CAHILI, Esq.
Manley Deas Kochalski LLC
P.O. Box 165028, Columbus, Ohio 43216-5028
ehc@manleydeas.com

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Debra and Joseph Davie
220 Willow Rd
Wallingford, PA 19086