United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debra Davie  
Joseph Davie  
    Debtors

Case No. 23-10103-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Debra Davie, Joseph Davie, 220 Willow Rd, Wallingford, PA 19086-6951 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK N.A. bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN L. MCCLAIN | on behalf of Debtor Debra Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Joseph Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |

District/off: 0313-2     User: admin     Page 2 of 2

Date Rcvd: May 18, 2023     Form ID: pdf900     Total Noticed: 1

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor PNC BANK  N.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
   on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
   ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Davie, Debra                : Chapter 13
    Davie, Joseph
        Debtors                : 23-10103

**CONSENT ORDER TO SELL PROPERTY KNOWN AS
220 WILLOW ROAD, WALLINGFORD, PA 19086**

**AND NOW**, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1.     PNC Bank, N.A. consents to the sale of the property known as 220 Willow Road, Wallingford, PA, 19086 so long as it is paid in full at closing; further, time is of the essence;

2.     It is further agreed that the Debtors are granted permission to sell their real property located at 220 Willow Road, Wallingford, PA 19086 ("Property"), free and clear of all liens, for the sale price of $280,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of April 12, 2023, to the buyers there under, Thomas and Brenna Weisenbach ("Buyers"), who have been represented to be purchasing the Property at arms-length.

3.     The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b) Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claims existing on the subject premises.  With respect to the mortgage claims held by PNC Bank, N.A., said liens will be paid in full subject to a proper payoff quote at the time of closing and closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing;

    (d) Valid judgment liens if any;

    (e) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale;

    (f) From the Debtors' share, $1,403.64 shall be made payable to Scott F. Waterman, Trustee, P.O. Box 680, Memphis, Tennessee 38101-0680, to fund their

chapter 13 plan which will cover the remaining balance of counsel fees, 100% of any remaining valid unsecured proof of claims filed. $1,403.64 is a payoff figure needed to fund the plan. This amount is subject to change if the Trustee amends this amount prior to and/or at settlement; and

    (g)  The remaining proceeds left remaining shall be distributed to the debtors.

4.  This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

5.  The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

6.  The Title Company shall send a copy of the final HUD-1 Settlement Statement to Scott Waterman Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606, within 2 Days after closing.

| | |
|---|---|
| Dated: _May 16, 2023_____ | /s/ Adam B. Hall, Esquire_____<br>Adam B. Hall, Esquire 323867<br>Attorney for PNC Bank, N.A. |
| Dated: _May 16, 2023_____ | /s/ Denise Carlon_____<br>Denise Carlone 317226<br>Attorneys for PNC Bank, N.A. |
| Dated: _May 16, 2023_____ | /s/ Mitchell J. Prince, Esquire_____<br>Mitchell J. Prince 61336<br>Attorney for Debtor |
| Dated: _May 16, 2023_____ | /s/ Anne E. Swartz, Esquire_____<br>Scott F. Waterman, Trustee<br>Ann E. Swartz, Staff Attorney for<br>Scott F. Waterman, Trustee |

    AND NOW, this ____17th_____ day of _____May_____ 2023, it is hereby ORDERED that the foregoing Consent Order is approved, shall be, and is made an Order of this Court.

**BY THE COURT:**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**