**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      **Debra Davie and Joseph Davie,**        : Chapter 13
                         **Debtors**                 : Case No. 23-10103-amc

**PRAECIPE TO WITHDRAW PROOF OF CLAIM No. 6**

TO THE CLERK:

Kindly mark the Proof of Claim Number 6 filed by the Delaware County Tax Claim Bureau on April 28, 2023 as **WITHDRAWN**.

Respectfully submitted:

**TOSCANI, STATHES & ZOELLER, LLC.**

Dated: June 5, 2023          /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for Delaware County Tax Claim Bureau
899 Cassatt Rd, Ste 320
Berwyn, PA 19312
P (610) 647-4901
sbottiglieri@tszlegal.com