# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-10103** |
| **Debra Davie** | : **Chapter 13** |
| **Joseph Davie** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **PNC Bank, N.A.** | : **Related Document # 17** |
| **Movant,** | : |
| vs | : |
| | : |
| **Debra Davie** | : |
| **Joseph Davie** | : |
| **Scott F. Waterman, Trustee** | : |
| **Respondents.** | : |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 17)

Now comes PNC Bank, N.A. ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on February 8, 2023. The Objection to Confirmation of Plan needs to be withdrawn because funds for loan payoff have been received..

      Respectfully submitted,

      /s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

23-001622_SCS2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-10103 |
| **Debra Davie** | : Chapter 13 |
| **Joseph Davie** | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **PNC Bank, N.A.** | : Related Document # 17 |
| Movant, | : |
| vs | : |
| | : |
| **Debra Davie** | : |
| **Joseph Davie** | : |
| **Scott F. Waterman, Trustee** | : |
| Respondents. | : |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 17) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

John L. McClain, Attorney for Debra Davie and Joseph Davie, aaamcclain@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Debra Davie and Joseph Davie, 220 Willow Rd, Wallingford, PA  19086

/s/ Adam B. Hall
_____

23-001622_SCS2