**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Davie, Debra | : |
|     Davie, Joseph | : 23-10103 |
|         Debtors | : |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE COURT:

    The Debtors through and by their counsel, Mitchell J. Prince, Esquire of John L. McClain & Associates hereby requests the court kindly change the Debtors' address in the above captioned matter. The Debtors' old address was:

220 Willow Rd, Wallingford, PA 19086

The Debtor's new address is:

13 Ridley Drive, Wallingford, PA 19086

Date: June 13, 2023

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtors
John L. McClain & Associates
P.O. Box 123
Narberth, PA 19072
484-588-5570