United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 23-10103-amc
Debra Davie                                                                             Chapter 13
Joseph Davie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jun 13, 2023 | Form ID: 155 | Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Debra Davie, Joseph Davie, 220 Willow Rd, Wallingford, PA 19086-6951 |
| 14748374 | + | Commonwealth of PA for the benefit of, County of Delaware/ Judicial Support, 201 W Front St, Media, PA 19063-2708 |
| 14777704 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, 899 Cassatt Rd, Ste 320, Berwyn, PA 19312-1190 |
| 14748376 | + | Jaffe & Asher, LLP, 2041 Springwood Rd, York, PA 17403-4836 |
| 14748377 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14748379 | + | Medical Oncology Hematology, Po Box 780119, Philadelphia, PA 19178-0119 |
| 14748383 | + | Portnoff Law Associates, Ltd, PO Box 391, Norristown, PA 19404-0391 |
| 14748384 | + | Quantum for Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14748385 | + | Township of Nether Providence, 214 Sykes Lane, Wallingford, PA 19086-6337 |
| 14762753 | + | Township of Nether Providence, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14762752 | + | Township of Nether Providence, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14748369 | + | Email/PDF: bncnotices@becket-lee.com | Jun 14 2023 00:48:32 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14748372 | | Email/Text: compliancebankruptcy@bylcompanies.com | Jun 14 2023 00:39:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14748370 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2023 00:39:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14755135 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2023 00:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14748371 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2023 00:39:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14748375 | + | Email/Text: duffyk@co.delaware.pa.us | Jun 14 2023 00:39:00 | Delaware County Tax Claim Bureau, Gov't Ctr Bldg, 201 W. Front Street, Media, PA 19063-2708 |
| 14748373 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2023 00:48:36 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14748378 | ^ | MEBN | Jun 14 2023 00:33:05 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14748381 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2023 00:39:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14748380 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2023 00:39:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14767908 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2023 00:39:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2023 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14763841 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2023 00:39:00 | PNC Bank, NA., P.O. Box 94982, Cleveland, OH 44101 |
| 14748382 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2023 00:39:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14752495 | ^ MEBN | Jun 14 2023 00:33:06 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14750822 | Email/Text: amps@manleydeas.com | Jun 14 2023 00:39:00 | PNC Bank, N.A., c/o Alyk L. Oflazian, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14748402 | + Email/PDF: gecsedi@recoverycorp.com | Jun 14 2023 00:48:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14748386 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2023 00:48:36 | Worlds Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2023           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:

**Name**           **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

ALYK L OFLAZIAN
     on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

DENISE ELIZABETH CARLON
     on behalf of Creditor PNC BANK  N.A. bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
     on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN
     on behalf of Debtor Debra Davie aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
     on behalf of Joint Debtor Joseph Davie aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor PNC BANK  N.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 13, 2023 | Form ID: 155 | Total Noticed: 28 |

ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Debra Davie and Joseph Davie
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10103−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

51
Form 155