**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
  Davie, Debra
  Davie, Joseph
      Debtors : 23-10103

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __7th__ day of __July__, 2023, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $12,462.00 and $8.25 in expenses are **ALLOWED,** and Counsel John L. McClain & Associates is authorized to distribute $10,448.69 from its escrow account to pay part of the unpaid balance; further, that the remaining unpaid balance of $1,423.31 and $8.25 in expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
ASHELY M. CHAN,
U.S. Bankruptcy Judge