United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Debra Davie  
Joseph Davie  
    Debtors

Case No. 23-10103-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jul 07, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Debra Davie, Joseph Davie, 13 Ridley Drive, Wallingford, PA 19086-7245 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL  
     on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

ALYK L OFLAZIAN  
     on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

DENISE ELIZABETH CARLON  
     on behalf of Creditor PNC BANK N.A. bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD  
     on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN  
     on behalf of Debtor Debra Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN  
     on behalf of Joint Debtor Joseph Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Jul 07, 2023  Form ID: pdf900  Total Noticed: 1

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PNC BANK  N.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
  Davie, Debra
  Davie, Joseph
       Debtors                           :  23-10103

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __7th__ day of __July__, 2023, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $12,462.00 and $8.25 in expenses are **ALLOWED,** and Counsel John L. McClain & Associates is authorized to distribute $10,448.69 from its escrow account to pay part of the unpaid balance; further, that the remaining unpaid balance of $1,423.31 and $8.25 in expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
ASHELY M. CHAN,
U.S. Bankruptcy Judge