| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10103-AMC

| | |
|---|---|
| Debra Davie | Petition Filed Date: 01/14/2023 |
| Joseph Davie | 341 Hearing Date: 02/17/2023 |
| 13 RIDLEY DRIVE | Confirmation Date: 06/07/2023 |
| Wallingford  PA   19086 | |

Case Status: Completed on 6/ 6/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/27/2023 | $100.00 | 5130296 | 03/22/2023 | $100.00 | 5135197 | 06/06/2023 | $1,403.64 | 3203  R/E sale |

**Total Receipts for the Period:  $1,603.64    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,603.64**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $1,461.31 | $1,461.31 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TOWNSHIP OF NETHER PROVIDENCE<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOWNSHIP OF NETHER PROVIDENCE<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PNC BANK<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PNC BANK<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DELAWARE COUNTY TAX CLAIM BURE<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WORLDS FOREMOST BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-10103-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,603.64 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $1,461.31 | Arrearages: | $0.00 |
| Paid to Trustee: | $142.33 | Total Plan Base: | $3,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.