Certificate Number: 03088-PAE-DE-037688869

Bankruptcy Case Number: 23-10103



03088-PAE-DE-037688869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 18, 2023</u>, at <u>10:55</u> o'clock <u>AM CDT</u>, <u>Joseph P Davie</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 18, 2023</u>          By:    <u>/s/Susan D Gann for Maria Arreguin</u>

Name:  <u>Maria Arreguin</u>

Title:   <u>Counselor</u>