United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10103-amc
Debra Davie     Chapter 13
Joseph Davie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Aug 21, 2023    Form ID: 138OBJ    Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Debra Davie, Joseph Davie, 13 Ridley Drive, Wallingford, PA 19086-7245 |
| 14748374 | + | Commonwealth of PA for the benefit of, County of Delaware/ Judicial Support, 201 W Front St, Media, PA 19063-2708 |
| 14777704 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, 899 Cassatt Rd, Ste 320, Berwyn, PA 19312-1190 |
| 14748376 | + | Jaffe & Asher, LLP, 2041 Springwood Rd, York, PA 17403-4836 |
| 14748377 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14748379 | + | Medical Oncology Hematology, Po Box 780119, Philadelphia, PA 19178-0119 |
| 14748383 | + | Portnoff Law Associates, Ltd, PO Box 391, Norristown, PA 19404-0391 |
| 14748384 | + | Quantum for Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14748385 | + | Township of Nether Providence, 214 Sykes Lane, Wallingford, PA 19086-6337 |
| 14762753 | + | Township of Nether Providence, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14762752 | + | Township of Nether Providence, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 21 2023 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14748369 | + | Email/PDF: bncnotices@becket-lee.com | Aug 22 2023 00:09:34 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14748372 | | Email/Text: compliancebankruptcy@bylcompanies.com | Aug 21 2023 23:52:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14748370 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2023 23:52:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14755135 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2023 23:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14748371 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2023 23:52:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14748375 | + | Email/Text: duffyk@co.delaware.pa.us | Aug 21 2023 23:53:00 | Delaware County Tax Claim Bureau, Gov't Ctr Bldg, 201 W. Front Street, Media, PA 19063-2708 |
| 14748373 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 22 2023 00:09:06 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14748378 | ^ | MEBN | Aug 21 2023 23:48:22 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14748381 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 23:53:00 | Midland Funding, 320 East Big Beaver, Troy, MI |

Case 23-10103-amc    Doc 72    Filed 08/23/23    Entered 08/24/23 00:34:10    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | 48083-1238 |
| 14748380 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 23:53:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14767908 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2023 23:52:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 14763841 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2023 23:52:00 | PNC Bank, NA., P.O. Box 94982, Cleveland, OH 44101 |
| 14748382 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2023 23:52:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14752495 | ^ | MEBN | Aug 21 2023 23:48:22 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14750822 | | Email/Text: amps@manleydeas.com | Aug 21 2023 23:52:00 | PNC Bank, N.A., c/o Alyk L. Oflazian, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14748402 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2023 23:56:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14748386 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2023 00:09:08 | Worlds Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK  N.A. bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN

Case 23-10103-amc    Doc 72    Filed 08/23/23    Entered 08/24/23 00:34:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

on behalf of Debtor Debra Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
on behalf of Joint Debtor Joseph Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

MICHAEL PATRICK FARRINGTON
on behalf of Creditor PNC BANK N.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Debra Davie and Joseph Davie

      Debtor(s)

Case No: 23−10103−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/21/23