United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-10103-amc
Debra Davie | Chapter 13
Joseph Davie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 15, 2023     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Debra Davie, Joseph Davie, 13 Ridley Drive, Wallingford, PA 19086-7245

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK N.A. bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN
    on behalf of Debtor Debra Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 15, 2023 | Form ID: 195 | Total Noticed: 1 |

on behalf of Joint Debtor Joseph Davie aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PNC BANK N.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                   : Chapter 13

Debra Davie and Joseph Davie                                  : Case No. 23−10103−amc
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 15, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge, United States Bankruptcy Court

74
Form 195